Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−14245−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher R. Byers
   405 S. Poplar Ave.
   Absecon, NJ 08205

Social Security No.:
   xxx−xx−7957

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

   Please be advised that on June 16, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 24 − 3
Order Approving Interim Confirmation Order (related document:3 Chapter 13 Plan and Motions filed by Debtor Christopher R. Byers). Payments in the amount of $103.00 per month, beginning 6/1/17. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/15/2017. (bc)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 16, 2017
JAN: bc

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Christopher R. Byers  
    Debtor

Case No. 17-14245-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jun 16, 2017  
                      Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2017.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
lm           E-mail/Text: camanagement@mtb.com Jun 16 2017 22:12:02     M&T Bank,   PO Box 900, Millsboro, DE  19966  
                                                                                                                                          TOTAL: 1

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2017 at the address(es) listed below:  
         Bruno  Bellucci, III   on behalf of Debtor Christopher R. Byers jkearney@belluccilaw.net, bbellucci@belluccilaw.net,jrosati@belluccilaw.net,kpalermo@belluccilaw.net, jbonner@belluccilaw.net  
         Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com  
         U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                    TOTAL: 5