UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BellucciLaw, P.C.
Cornerstone Commerce Center
1201 New Road, Suite 138
Linwood, NJ 08221
(609) 601-1500, Fax (609) 365-2351
Attorneys for Debtor(s)
By: Bruno Bellucci, III, Esquire, BB6378

Order Filed on September 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Christopher R. Byers

Case No.: 17-14245

Chapter: 13

Judge: ABA

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 7, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____BellucciLaw, P.C._____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____400.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____117.34_____ per month for _____31_____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 17-14245-ABA
Christopher R. Byers　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Sep 07, 2017
　　　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2017.
db　　　　+Christopher R. Byers,　405 S. Poplar Ave.,　Absecon, NJ 08205-4568

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2017　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2017 at the address(es) listed below:
　　　　Bruno Bellucci, III　on behalf of Debtor Christopher R. Byers jkearney@belluccilaw.net,
　　　　　bbellucci@belluccilaw.net,jrosati@belluccilaw.net,kpalermo@belluccilaw.net,
　　　　　jbonner@belluccilaw.net
　　　　Denise E. Carlon　on behalf of Creditor　M&T BANK dcarlon@kmllawgroup.com,
　　　　　bkgroup@kmllawgroup.com
　　　　Isabel C. Balboa　on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
　　　　　summarymail@standingtrustee.com
　　　　Isabel C. Balboa　ecfmail@standingtrustee.com,　summarymail@standingtrustee.com
　　　　John R. Morton, Jr.　on behalf of Creditor　SunTrust Bank, c/o Morton & Craig, LLC
　　　　　ecfmail@mortoncraig.com,　mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
　　　　U.S. Trustee.　USTPRegion03.NE.ECF@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6