Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  17−14245−ABA
                        Chapter:  13
                        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher R. Byers
   405 S. Poplar Ave.
   Absecon, NJ 08205

Social Security No.:
   xxx−xx−7957

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on December 12, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 46 − 45
Amended Order (related document:45 Order on Application to Extend or Terminate Loss Mitigation). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/12/2017. (bc)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 12, 2017
JAN: bc

                                                                     Jeanne Naughton
                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Christopher R. Byers
    Debtor

Case No. 17-14245-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Dec 12, 2017
                     Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
lm            E-mail/Text: camanagement@mtb.com Dec 12 2017 23:20:30      M&T Bank,   PO Box 900,
            Millsboro, DE   19966
                                                                                                                        TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2017 at the address(es) listed below:
           Bruno  Bellucci, III   on behalf of Debtor Christopher R. Byers jkearney@belluccilaw.net,
            bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net,
            jbonner@belluccilaw.net
           Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Emmanuel J. Argentieri    on behalf of Creditor   KEY  BANK, N.A. bk@rgalegal.com
           Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
            summarymail@standingtrustee.com
           Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
           John R. Morton, Jr.    on behalf of Creditor   SunTrust Bank, c/o Morton & Craig, LLC
            ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                              TOTAL: 7