UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

44556

Morton & Craig LLC
William E. Craig, Esquire
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for SunTrust Bank

In Re:

CHRISTOPHER R. BYERS



Order Filed on December 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-14245

Adv. No.

Hearing Date: 8-29-17

Judge: (ABA)

# ORDER FOR MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: December 19, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Christopher R. Byers
Case No: 17-14245
Caption of Order:  Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

This matter having brought before this Court on a Motion For Stay Relief filed by John R. Morton, Jr., Esq., attorney for SunTrust Bank ("SunTrust"), with the appearance of Bruno Bellucci, III, Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That SunTrust is the holder of a first purchase money security interest encumbering a 2011 Chrysler Town & Country bearing vehicle identification number 2A4RR5DGXBR687444.**
2. **That commencing August 2017, if the Debtor fails to make any payment to SunTrust within thirty (30) days after a payment falls due, SunTrust shall be entitled to stay relief upon filing a certification with the Court and serving it on the Debtor, his attorney, and the chapter 13 trustee.**
3. **That the Debtor must maintain insurance on the vehicle.  The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each.  SunTrust Bank must be listed as loss payee.  If the Debtor fails to maintain valid insurance on the vehicle, SunTrust shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtor, her attorney, and the chapter 13 trustee.**
4. **That the Debtor is to pay a counsel fee of $531.00 to SunTrust through his chapter 13 plan.**