Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                        Case No.:  17−14245−ABA
                        Chapter:  13
                        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Christopher R. Byers
    405 S. Poplar Ave.
    Absecon, NJ 08205

Social Security No.:
    xxx−xx−7957

Employer's Tax I.D. No.:

---

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

      Please be advised that on January 31, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 58 − 54
Order Approving Loan Modification Agreement Reached Between The Secured Creditor and Debtor (Related Doc # 54) with M & T Bank. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/31/2018. (ml)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 31, 2018
JAN: ml

                                                                                 Jeanne Naughton
                                                                                 Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                                Case No. 17-14245-ABA
Christopher R. Byers                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Jan 31, 2018
                              Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
  lm             E-mail/Text: camanagement@mtb.com Jan 31 2018 22:50:19      M&T Bank,   PO Box 900,
                 Millsboro, DE   19966
                                                                                              TOTAL: 1

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2018 at the address(es) listed below:
              Bruno  Bellucci, III    on behalf of Debtor Christopher R. Byers jkearney@belluccilaw.net,
               bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Emmanuel J. Argentieri    on behalf of Creditor    KEY  BANK, N.A. bk@rgalegal.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    SunTrust Bank, c/o Morton & Craig, LLC
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7