**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Christopher R. Byers

Case No.: 17-14245

Hearing Date: _____

Chapter: ABA

Judge: 13

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Andrew B. Altenburg Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Hearing on Debtor(s) Objection to Creditor's Certification of Default Filed by SunTrust Bank,

**Location of Hearing:** Courtroom No. 4B
US Bankruptcy Court
4th and Cooper Streets
Camden, NJ 08101

**Date and Time:** 6/26/2018 at 10:00 AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: June 1, 2018

JEANNE A. NAUGHTON, Clerk

By: /S/ Elizabeth Grassia
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on June 1, 20 18 this notice was served on the following:
- Debtor(s)
- Attorney for Debtor(s)
- Attorney for Creditor(s)
- Isabel Balboa - Trustee
- Office of the US Trustee

JEANNE A. NAUGHTON, Clerk

By: /S/ Elizabeth Grassia
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-14245-ABA
Christopher R. Byers                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1             User: admin                 Page 1 of 1                  Date Rcvd: Jun 01, 2018
                                 Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2018.
db             +Christopher R. Byers,    405 S. Poplar Ave.,    Absecon, NJ 08205-4568

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2018 at the address(es) listed below:
      Bruno  Bellucci, III    on behalf of Debtor Christopher R. Byers jkearney@belluccilaw.net,
       bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net,
       ddillhoff@belluccilaw.net
      Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Emmanuel J. Argentieri    on behalf of Creditor    KEY  BANK, N.A. bk@rgalegal.com
      Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
      Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      John R. Morton, Jr.    on behalf of Creditor    SunTrust Bank, c/o Morton & Craig, LLC
       ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
      Ronald S. Gellert    on behalf of Creditor    KEY  BANK, N.A. rgellert@gsbblaw.com,
       abrown@gsbblaw.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                TOTAL: 8