BellucciLaw, P.C.
1201 New Road, Suite 138
Linwood, New Jersey 08221
(609) 601-1500
Attorney for Debtor(s)

By: Bruno Bellucci, III, Esquire
BBIII:6378

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In Re: | CASE NO. 17-14245 |
|---|---|
| Christopher R. Byers | CHAPTER 13 |
| *Debtor(s)* | |

## DEBTOR(S) REQUEST FOR VOLUNTARY DISMISSAL OF CASE

Comes now, Christopher R. Byers, by attorney, Bruno Bellucci, III, Esquire, and shows the court as follows:

1. Debtor filed for relief under Chapter 13 of the Bankruptcy Code on March 4, 2017 and an Order for Relief was entered.

2. This case has not been converted under 11 USC § 706 or 11 USC § 1112.

WHEREFORE, Debtor requests an order dismissing the above bankruptcy case without prejudice.

Dated:   09/10/2018                                                      /s/ Christopher R. Byers
                                                                        Christopher R. Byers, Debtor