Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−14245−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher R. Byers
   405 S. Poplar Ave.
   Absecon, NJ 08205

Social Security No.:
   xxx−xx−7957

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/11/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 11, 2018
JAN: bc

Jeanne Naughton
Clerk

```
                     United States Bankruptcy Court
                          District of New Jersey

In re:                                                    Case No. 17-14245-ABA
Christopher R. Byers                                      Chapter 13
      Debtor
                          CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin              Page 1 of 2         Date Rcvd: Sep 11, 2018
                             Form ID: 148             Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2018.
db            +Christopher R. Byers,    405 S. Poplar Ave.,    Absecon, NJ 08205-4568
cr            +SunTrust Bank, c/o Morton & Craig, LLC,    110 Marter Ave., Suite 301,
                Moorestown, NJ 08057-3124
516829782     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516681442     +Kivitz McKeever & Lee, P.C.,    216 Haddon Avenue, Suite 406,    Collingswood, NJ 08108-2812
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 11 2018 23:25:01      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 11 2018 23:24:58      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516681437      EDI: BANKAMER.COM Sep 12 2018 02:39:00      Bank of America,    PO Box 982238,
                El Paso, TX 79998
516681438     +EDI: CAPITALONE.COM Sep 12 2018 02:39:00      Capital One Bank,    PO Box 30281,
                Salt Lake City, UT 84130-0281
516681439     +EDI: WFNNB.COM Sep 12 2018 02:38:00      Comenity Capital,    PO Box 183003,
                Columbus, OH 43218-3003
516681440     +EDI: RCSFNBMARIN.COM Sep 12 2018 02:38:00      Credit One Bank,    585 E Pilot Rd.,
                Las Vegas, NV 89119-3619
516681441     +E-mail/Text: key_bankruptcy_ebnc@keybank.com Sep 11 2018 23:25:16       Keybank,
                4910 Tiedeman Rd.,    Cleveland, OH 44144-2338
516797460      E-mail/Text: camanagement@mtb.com Sep 11 2018 23:24:32      M&T Bank,    P.O. Box 840,
                Buffalo, NY 14240-0840
516681443      E-mail/Text: camanagement@mtb.com Sep 11 2018 23:24:32      M&T Bank,    PO Box 900,
                Millsboro, DE 19966
516838881     +EDI: MID8.COM Sep 12 2018 02:38:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                WARREN, MI 48090-2011
516681444     +EDI: MID8.COM Sep 12 2018 02:38:00      Midland Funding, LLC,    2365 Northside Dr., Ste. 300,
                San Diego, CA 92108-2709
516922632      EDI: PRA.COM Sep 12 2018 02:38:00      Portfolio Recovery Associates, LLC,
                c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
516692526     +EDI: STF1.COM Sep 12 2018 02:39:00      SunTrust Bank,    Attn: Support Services,
                P.O. Box 85092,    Richmond, VA 23286-0001
516681445     +EDI: STF1.COM Sep 12 2018 02:39:00      Suntrust Bank,    PO Box 85526,    Richmond, VA 23285-5526
516683030     +EDI: RMSC.COM Sep 12 2018 02:39:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
516868437     +EDI: AIS.COM Sep 12 2018 02:38:00      Verizon,    by American InfoSource LP as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516681446     +EDI: RMSC.COM Sep 12 2018 02:39:00      Walmart / SYNCB,    PO Box 965024,
                Orlando, FL 32896-5024
                                                                                              TOTAL: 17

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Kivitz McKeever & Lee, P.C.,   216 Haddon Avenue,   Suite 406,   Collingswood, NJ 08108-2812
lm*          ++M&T BANK,   LEGAL DOCUMENT PROCESSING,   626 COMMERCE DRIVE,   AMHERST NY 14228-2307
               (address filed with court: M&T Bank,    PO Box 900,   Millsboro, DE 19966)
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                 Page 2 of 2                   Date Rcvd: Sep 11, 2018
                               Form ID: 148                Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2018 at the address(es) listed below:

```
              Brian E Caine    on behalf of Creditor    M&T BANK bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Bruno  Bellucci, III    on behalf of Debtor Christopher R. Byers jkearney@belluccilaw.net,
               bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net,
               ddillhoff@belluccilaw.net
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Emmanuel J. Argentieri    on behalf of Creditor    KEY  BANK, N.A. bk@rgalegal.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    SunTrust Bank, c/o Morton & Craig, LLC
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Ronald S. Gellert    on behalf of Creditor    KEY  BANK, N.A. rgellert@gsbblaw.com,
               abrown@gsbblaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```